No. D–2184. IN RE DISBARMENT OF AULAKH. I. Singh Aulakh, of Visalia, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2185. IN RE DISBARMENT OF KOZEL. Kenneth A. Kozel, of LaSalle, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 98–9849. HOOD *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA, 528 U. S. 856;

No. 99–1555. BICKERSTAFF *v.* VASSAR COLLEGE, *ante*, p. 1242;

No. 99–1560. INTERNATIONAL PRECIOUS METALS CORP. ET AL. *v.* WATERS ET AL., *ante*, p. 1223;

No. 99–1561. OLIVER ET VIR *v.* SAHA ET AL., 529 U. S. 1130;

No. 99–1568. BRITTON *v.* MALONEY, *ante*, p. 1204;

No. 99–1616. PUNCHARD *v.* LUNA COUNTY COMMISSION ET AL., *ante*, p. 1205;

No. 99–1678. REEVES ET AL. *v.* FRIERDICH ET AL., *ante*, p. 1215;

No. 99–1699. VONDERHEIDE *v.* INTERNAL REVENUE SERVICE, *ante*, p. 1205;

No. 99–1776. BRODSKY ET AL. *v.* UNION LOCAL 306, MOTION PICTURE PROJECTIONISTS, VIDEO TECHNICIANS AND ALLIED CRAFTS, I. A. T. S. E., ET AL., *ante*, p. 1231;

No. 99–6779. CRUZ *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 528 U. S. 1087;

No. 99–7000. RAMDASS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 156;

No. 99–7649. IN RE GULLION, 528 U. S. 1152;

No. 99–7663. FRANKS *v.* MARTIN ET AL., 529 U. S. 1007;

No. 99–7866. O'NEAL *v.* GEORGIA, 529 U. S. 1039;

No. 99–8128. A'KU *v.* MOTOROLA, INC., 529 U. S. 1071;

No. 99–8156. FORD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 529 U. S. 1072;

No. 99–8157. ELLIS *v.* ILLINOIS, 529 U. S. 1072;

No. 99–8206. IN RE HOLLOMAN, 529 U. S. 1097;

No. 99–8303.   WELLS v. PHILLIPS, WARDEN, 529 U. S. 1075;

No. 99–8317.   MURPHY v. CITY OF SMITHVILLE, TENNESSEE, ET AL., 529 U. S. 1089;

No. 99–8438.   SELMAN v. SANDERS, WARDEN, 529 U. S. 1101;

No. 99–8466.   CHANDLER v. KENNEDY ET AL., 529 U. S. 1101;

No. 99–8481.   O'NEAL v. SINNREICH & FRANCISCO ET AL., 529 U. S. 1112;

No. 99–8544.   ABRAM v. DEPARTMENT OF AGRICULTURE, 529 U. S. 1077;

No. 99–8577.   HABELMAN v. GARVEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, 529 U. S. 1115;

No. 99–8669.   TAYLOR v. DEES, WARDEN, ET AL., 529 U. S. 1132;

No. 99–8679.   JEFFERS v. CAIN, WARDEN, 529 U. S. 1132;

No. 99–8694.   BUCHANAN v. TATE, WARDEN, 529 U. S. 1093;

No. 99–8733.   IN RE AWOFOLU, ante, p. 1228;

No. 99–8772.   RAYMOND v. WEBER, WARDEN, ET AL., ante, p. 1207;

No. 99–8844.   COROPUNA v. VIRGINIA DEPARTMENT OF CORRECTIONS, 529 U. S. 1118;

No. 99–8854.   DWYER v. DWYER, ante, p. 1216;

No. 99–8871.   BELLO v. UNITED STATES, 529 U. S. 1118;

No. 99–8897.   MCCOY v. UNITED STATES, 529 U. S. 1119;

No. 99–8906.   TENACE v. NEW YORK, ante, p. 1217;

No. 99–8925.   CLOUD v. TEXAS, ante, p. 1217;

No. 99–8948.   LANGON v. FLORIDA, ante, p. 1218;

No. 99–8964.   WAI CHONG LEUNG v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 529 U. S. 1120;

No. 99–9002.   HUGHES v. MILLS, ante, p. 1208;

No. 99–9007.   CLARKE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 1208;

No. 99–9017.   DIGIOVANNI v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL., ante, p. 1233;

No. 99–9022.   WOOLVERTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 1233;

No. 99–9095.   REYNOLDS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ante, p. 1219;

No. 99–9134.   BOLES v. FENTON SECURITY, INC. OF COLORADO, ET AL., ante, p. 1247;

No. 99–9171. SHEA *v.* VERMONT, *ante,* p. 1265;

No. 99–9196. ROWBOTTOM *v.* MCDANIEL, WARDEN, ET AL., *ante,* p. 1248;

No. 99–9248. HOLLAR *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 1219;

No. 99–9277. ZARWELL *v.* MARYLAND ET AL., *ante,* p. 1220;

No. 99–9376. STIFF *v.* UNITED STATES, *ante,* p. 1222; and

No. 99–9563. IN RE JEFFS, *ante,* p. 1260. Petitions for rehearing denied.

No. 99–5252. BURNETT *v.* ROE, WARDEN, ET AL., 528 U. S. 894. Motion for leave to file petition for rehearing denied.

### AUGUST 9, 2000

No. 00–5037 (00A13). ROBERSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 00–5509 (00A112). CRUZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

### AUGUST 15, 2000

No. 99–1828. EHLMANN ET AL. *v.* KAISER FOUNDATION HEALTH PLAN OF TEXAS ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

### AUGUST 18, 2000

No. 99A942. GOLUB *v.* GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.